**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| MARK W. DOBRONSKI | |
| Plaintiff, | |
| v. | Case No.: 2:22-cv-10707-GCS-Cl |
| LIFE PROTECT 24/7, INC., | Hon. George Caram Steeh<br>Magistrate Curtis Ivy, Jr. |
| Defendant. | |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF DISMISSAL AND FOR CONTINUED STAY OF DEADLINES

THE COURT, having reviewed and considered Defendant's Motion for a twenty-one (21) day Extension of Time to File Notice of Dismissal and for Continued Stay of Deadlines, filed on June 30, 2022, at [ECF #10] hereby GRANTS the motion.

IT IS ORDERED Defendant shall have up to and including July 22, 2022, within which to file its Notice of Dismissal and that all pending deadlines, including but not limited to Defendant's June 1, 2022 deadline to respond to the Complaint, which was previously stayed, be stayed or vacated for an additional twenty-one (21) days.

Dated:  July 5, 2022

                                                         s/George Caram Steeh
                                                        GEORGE CARAM STEEH
                                                        United States District Judge