UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **MARK W. DOBRONSKI**, | Case No. 2:22-cv-10707-GCS-SI |
| Plaintiff, | Honorable George Caram Steeh<br>United States District Judge |
| v. | Honorable Curtis Ivy, Jr.<br>United States Magistrate Judge |
| **LIFE PROTECT 24/7, INC.**, | |
| Defendant. | |

## NOTICE OF DISMISSAL

NOW COMES the Plaintiff Mark W. Dobronski, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby requests that this Court enter its order dismissing the above-captioned case with prejudice, and shows as follows:

1. The parties have entered into a settlement agreement, the terms of which are confidential, which resolves the matters in dispute.

2. No answer or motion for summary judgment has been filed by any of the defendants as of the date of this notice.

WHEREFORE, Plaintiff requests that this Court enter its order that the above-captioned case be dismissed with prejudice, each party to bear it's own costs and fees.

                        Respectfully submitted,

Date: July 15, 2022

                        Mark W. Dobronski
                        Post Office Box 85547
                        Westland, Michigan 48185-0547
                        (734) 330-9671
                        markdobronski@yahoo.com
                        Plaintiff *In Propria Persona*